CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 26 2016

JULIA C. DUDLEY, CLERK
BY: _____
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| PIPER A. ROUNTREE, | ) | CASE NO. 7:15CV00220 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| HAROLD CLARKE, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

as follows:

1. Defendants' motion to dismiss (ECF No. 27) is **GRANTED IN PART AND DENIED IN PART**; specifically, the motion is **GRANTED** as to plaintiff's claims for monetary damages under the Religious Land Use and Institutionalized Persons Act, but is **DENIED** in all other respects;

2. Plaintiff's motions to continue (ECF Nos. 24 and 26), seeking additional time to identify the members of the Faith Review Committee and amend to name them as defendants are **GRANTED**;

3. Defendants are **DIRECTED** to respond to plaintiff's pending requests for discovery (ECF No. 25) within 30 days from entry of this order;

4. Plaintiff is **GRANTED** 60 days from entry of this order to amend her complaint to identify these defendants; and

5. Defendants **SHALL** respond to the complaint as amended within 30 days thereafter by filing an answer and any motion for summary judgment.

**ENTER:** This 25th day of January, 2016.

_____
Chief United States District Judge