# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **PIPER A. ROUNTREE** | ) |
| | ) Case No. 7:15CV00220 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| | ) |
| **HAROLD CLARKE, ET AL.,** | ) By: Robert S. Ballou |
| | ) United States Magistrate Judge |
| Defendant(s). | ) |
| | ) |

By order entered January 26, 2016, the court denied defendants' motion to dismiss and directed plaintiff to file an amended complaint within 60 days, after her receipt of discovery. Thereafter, the court granted her another 30 days to submit her amended complaint. Now, plaintiff moves to compel additional responses from Defendant Harold Clarke to her requests for production 4-8. After review of Clarke's objections and plaintiff's motion to compel additional responses from Clarke, it is now **ORDERED** that defendant's objections to plaintiff's requests for production are **SUSTAINED** as proper,[1] and plaintiff's motion to compel (ECF No. 38) is **DENIED**. The Clerk is directed to send a copy of this order to the plaintiff and to counsel of record for the defendants.

Enter: April 15, 2016

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge

---

[1] Plaintiff may not use discovery requests to obtain free photocopies from defendant of information that she could obtain by other means, such as items in her central file or results of surveys conducted by Fluvanna Correctional Center for Women ("FCCW"). Nor may she obtain the personal addresses of retired prison employees or require Clarke to outline his personal beliefs about Muslims and Buddhists. Plaintiff also may not use a motion to compel to reformulate overly broad or burdensome requests into more particularized and limited requests; rather, she may serve Clarke or other appropriate defendant(s) with new, properly limited requests for production.