CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 16 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PIPER A. ROUNTREE, | ) | CASE NO. 7:15CV00220 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| HAROLD CLARKE, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. The plaintiff's motion for leave to file a third amended complaint (ECF No. 58) and her motion for reconsideration of the magistrate judge's ruling on discovery (ECF No. 43) are **DENIED**;

2. The defendants' motion for summary judgment (ECF No. 50) is **GRANTED**; and

3. The clerk shall **STRIKE** the case from the active docket of the court.

**ENTER:** This 16th day of February, 2017.

_____
Chief United States District Judge